IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| PLANNED PARENTHOOD<br>SOUTHEAST, INC., on behalf<br>of its patients,<br>physicians, and staff,<br>et al., | ) ) ) ) ) | |
| | ) | CIVIL ACTION NO. |
| Plaintiffs, | ) | 2:13cv405-MHT |
| | ) | (WO) |
| v. | ) | |
| | ) | |
| ROBERT BENTLEY, in his<br>official capacity as<br>Governor of the State of<br>Alabama, et al., | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

ORDER

Based on the representations made on the record on June 13, 2013, it is ORDERED as follows with regard to the plaintiffs' motion for temporary restraining order (doc. no. 3):

(1) The defendants are to file a response by June 25, 2013; and

(2) The plaintiffs may file a reply by noon on June 27, 2013; and

(3) The court will issue a ruling on the motion by no later than June 28, 2013.

DONE, this the 13th day of June, 2013.

                    /s/ Myron H. Thompson
                UNITED STATES DISTRICT JUDGE