IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| PLANNED PARENTHOOD ) <br> SOUTHEAST, INC. on behalf ) <br> of its patients, physicians, ) <br> and staff; et al., ) <br> ) <br>    Plaintiffs, ) <br> ) <br>    v. ) <br> ) <br> ROBERT BENTLEY, in his ) <br> official capacity as ) <br> Governor of the State of ) <br> Alabama, et al., ) <br> ) <br>    Defendants. ) | CIVIL ACTION NO. <br>  2:13cv405-MHT <br>     (WO) |

ORDER

On June 28, 2013 (doc. no. 49), this court entered a temporary restraining order enjoining enforcement of § 4(c) of HB 57, the "Women's Health and Safety Act." By its terms, that order will expire on July 12, 2013, at 2:45 p.m. Pursuant to the parties' joint motion to extend the temporary restraining order (doc. no. 62), and for good cause shown, it is ORDERED that the joint motion to extend the temporary restraining order (doc. no. 62) is

granted and the temporary restraining order enjoining enforcement of § 4(c) of HB 57 shall remain in effect until August 15, 2013, at 3:00 p.m.

DONE, this the 9th day of July, 2013.

                                  /s/ Myron H. Thompson
                            UNITED STATES DISTRICT JUDGE