```
     IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

       MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

PLANNED PARENTHOOD          )
SOUTHEAST, INC., on behalf  )
of its patients,            )
physicians, and staff,      )
et al.,                     )
                            )     CIVIL ACTION NO.
    Plaintiffs,             )      2:13cv405-MHT
                            )           (WO)
    v.                      )
                            )
ROBERT BENTLEY, in his      )
official capacity as        )
Governor of the State of    )
Alabama, et al.,            )
                            )
    Defendants.             )
```

## ORDER

It is ORDERED that defendant Robert Bentley's motion to dismiss (doc. no. 64) is set for submission, without oral argument, on July 31, 2013, with the plaintiffs to file their response by July 19, 2013, and defendant Bentley to file a reply by July 31, 2013.

DONE, this the 11th day of July, 2013.

                                      /s/ Myron H. Thompson
                            UNITED STATES DISTRICT JUDGE