IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
PLANNED PARENTHOOD            )
SOUTHEAST, INC. on behalf     )
of its patients, physicians,  )
and staff; et al.,            )
                              )
    Plaintiffs,               )
                              )   CIVIL ACTION NO.
    v.                        )     2:13cv405-MHT
                              )        (WO)
LUTHER STRANGE, in his        )
official capacity as          )
Attorney General of the       )
State of Alabama; et al.,     )
                              )
    Defendants.               )
```

ORDER

On June 28, 2013, this court entered a temporary restraining order ("TRO") (doc. no. 49) enjoining enforcement of § 4(c) of HB 57, the "Women's Health and Safety Act," and, by its terms, the TRO was to have expired on July 12, 2013, at 2:45 p.m.  On July 9 2013, by agreement of the parties, the court entered an order (doc. no. 63) extending the June 28 TRO to August 15, 2013, at 3:00 p.m.  On July 19, 2013, the parties filed an

amended Rule 26(f) report (doc. no. 79) consenting to an extension of the June 28 TRO through March 24, 2014, at 3:00 p.m.

    Accordingly, it is the ORDER, JUDGMENT, and DECREE of the court that the temporary restraining order (doc. no. 49) enjoining enforcement of § 4(c) of HB 57 shall remain in effect until March 24, 2014, at 3:00 p.m.

    DONE, this the 23rd day of July, 2013.

                              /s/ Myron H. Thompson
                          UNITED STATES DISTRICT JUDGE