IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |  | |
|---|---|---|---|
| PLANNED PARENTHOOD SOUTHEAST, INC. on behalf of its patients, physicians, and staff; et al., | ) ) ) ) ) | | |
| Plaintiffs, | ) ) | | |
| v. | ) ) ) | CIVIL ACTION NO. 2:13cv405-MHT (WO) | |
| LUTHER STRANGE, in his official capacity as Attorney General of the State of Alabama; et al., | ) ) ) ) ) | | |
| Defendants. | ) | | |

### ORDER

Pursuant to the parties' amended Rule 26(f) report (doc. no. 79), it is ORDERED that the plaintiffs' motion for a preliminary injunction (doc. no. 3) is consolidated with their request for a permanent injunction pursuant to Federal Rule of Civil Procedure 65(a)(2).

DONE, this the 23rd day of July, 2013.

                    /s/ Myron H. Thompson
                UNITED STATES DISTRICT JUDGE