IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |  |
|---|---|---|
| **PLANNED PARENTHOOD SOUTHEAST, INC.** on behalf of its patients, physicians, and staff; et al., | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | CIVIL ACTION NO. 2:13cv405-MHT (WO) |
| **LUTHER STRANGE**, in his official capacity as **ATTORNEY GENERAL** of the State of Alabama, et al., | ) ) ) ) ) | |
| Defendants. | ) | |

## ORDER

It is ORDERED that the motion to substitute party (doc. no. 91) is granted and that Barbara Buchanan is substituted for Shaneka Davis as a plaintiff in this case.

DONE, this the 16th day of September, 2013.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE