DUPLICATE

Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602029072
Cashier ID: khaynes
Transaction Date: 11/15/2013
Payer Name: AMERICAN CIVIL LIBERTIES UNION
----------------------------------
PRO HAC VICE
 For: RENEE PARADIS
 Case/Party: D-ALM-A-TT-YF-EEFUND-001
 Amount:      $50.00
----------------------------------
CHECK
 Check/Money Order Num: 68427
 Amt Tendered:  $50.00
----------------------------------
Total Due:      $50.00
Total Tendered: $50.00
Change Amt:     $0.00

2:13-cv-00405-MHT-TFM


Planned Parenthood Southeast, Inc.
et al v. Bentley et al