IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
PLANNED PARENTHOOD          )
SOUTHEAST, INC. on behalf of )
its patients, physicians,   )
and staff; et al.,          )
                            )
     Plaintiffs,            )
                            )        CIVIL ACTION NO.
     v.                     )         2:13cv405-MHT
                            )
LUTHER STRANGE, in his      )
official capacity as        )
Attorney General of the     )
State of Alabama, et al.,   )
                            )
     Defendants.            )
```

ORDER

It is ORDERED that the motion to appear pro hac vice

(Doc. No. 102) is granted.

DONE, this the 19th day of November, 2013.


        /s/ Myron H. Thompson
    UNITED STATES DISTRICT JUDGE