# EXHIBIT 19

Deposition of Pseudonym

Dr. Mary Roe

(Excerpted and Filed under seal)