# EXHIBIT 20

Deposition of Pseudonym Dr. A (Excerpted and Filed under seal)