# EXHIBIT 21

Deposition of Pseudonym Dr. P1 (Excerpted and Filed under seal)