IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

PLANNED PARENTHOOD )
SOUTHEAST, INC., et al., )
 )
 )
   *Plaintiffs*, )
v. )
 ) CIVIL ACTION NO.
 ) 2:13-cv-405-MHT-TFM
LUTHER STRANGE, in his )
official capacity as Attorney General of )
the State of Alabama, et al., )
 )
   *Defendants*. )

### DEFENDANTS' MOTION TO FILE UNDER SEAL

Defendants Luther Strange, Ellen Brooks, Brandon Falls, Ashley Rich, and Donald Williamson respectfully move to file the following documents under seal pursuant the terms of the Court's protective order (Doc. 90). The following documents were either designated as Confidential or Highly Confidential or reflect information or evidence that was designated as Confidential or Highly Confidential.

- Defendants' Memorandum of Law and Statement of Undisputed Facts In Support of Motion for Summary Judgment (Unredacted).

- Exhibit 8 to Defendants' Evidentiary Submission: Planned Parenthood Southeast, Kiwana Brooks, and Barbara Buchanan's Responses to Interrogatories and Discovery Requests (Unredacted).

- Exhibit 9 to Defendants' Evidentiary Submission: Reproductive Health Services and June Ayers' Responses to Interrogatories and Discovery Requests (Unredacted).

- Exhibit 14 to Defendants' Evidentiary Submission: Deposition of Dalton Johnson.

- Exhibit 15 to Defendants' Evidentiary Submission: Deposition of June Ayers (Unredacted).

- Exhibit 16 to Defendants' Evidentiary Submission: Deposition of Barbara Buchanan (Unredacted).

- Exhibit 17 to Defendants' Evidentiary Submission: Deposition of Kiwana Brooks (Unredacted).

- Exhibit 18 to Defendants' Evidentiary Submission: Deposition of Staci Fox (Unredacted).

- Exhibit 19 to Defendants' Evidentiary Submission: Deposition of Pseudonym Dr. Mary Roe.

- Exhibit 20 to Defendants' Evidentiary Submission: Deposition of Pseudonym Dr. A.

- Exhibit 21 to Defendants' Evidentiary Submission: Deposition of Pseudonym Dr. P1.

- Exhibit 24 to Defendants' Evidentiary Submission: Complication log from PPSE (PPSE 00337).

- Exhibit 25 to Defendants' Evidentiary Submission: Complication Logs from RHS (RHS0015, 032, 046, 047).

- Exhibit 29 to Defendants' Evidentiary Submission: Medical West Documents.

- Exhibit 32 to Defendants' Evidentiary Submission: Trinity Medical Center Documents.

- Exhibit 33 to Defendants' Evidentiary Submission: Princeton Baptist Documents.

In order to comply with this Court's protective order, Defendants respectfully request that the foregoing be filed under seal.

Respectfully submitted on this 16th day of December, 2013.

*/s/ John C. Neiman, Jr.*

John C. Neiman, Jr.
  *Ala. Solicitor General*
Andrew L. Brasher
  *Dep. Ala. Solicitor General*
James W. Davis
William G. Parker, Jr.
Laura E. Howell
Kyle A Beckman
  *Assts. Ala. Attorney General*
**Counsel for Defendants**
**Strange, Brooks, Falls, and Rich**

**OFFICE OF THE ALABAMA
ATTORNEY GENERAL**
501 Washington Avenue
Montgomery, AL 36130
(334) 242-7300
abrasher@ago.state.al.us

*/s/ Brian Hale/ALB*

Patricia E. Ivie
  *General Counsel*
P. Brian Hale
  *Deputy General Counsel*
**Counsel for Defendant Williamson**

**ALABAMA DEPARTMENT
  OF PUBLIC HEALTH**
P.O. Box 30317
Montgomery, AL 36130
(334) 206-5209
pat.ivie@adph.state.al.us
brian.hale@adph.state.al.us

## CERTIFICATE OF SERVICE

I hereby certify that service will be perfected upon the following counsel of record by electronic mail on this day the 16 of December, 2013:

M. Wayne Sabel
Sabel & Sabel, P. C.
mwsabl@mindspring.com

Dyanne M. Griffith
Lesley R. Fredin
Malgorzata Spangenberg
Emily Lowry Stark
Skye L. Perryman
Wilmer Cutler Pickering Hale & Dorr LLP
Dyanne.Griffith@wilmerhale.com
Lesley.Fredin@wilmerhale.com
Gosia.Spangenberg@wilmerhale.com
Emily.Stark@wilmerhale.com
Skye.perrman@wilmerhale.com

Alexa Kolbi-Malinas
Andrew David Beck
Jennifer Dalven
Renee Paradis
AMERICAN CIVIL LIBERTIES UNION
akolbi-molinas@aclu.org
abeck@aclu.org
jdalven@aclu.org
rparadis@aclu.org

Carrie Y. Flaxman
Roger Kraus Evans
Planned Parenthood Federation of America
carrie.flaxman@ppfa.org
roger.evans@ppfa.org

Randall C Marshall
ACLU Foundation of Alabama, Inc.
rmarshall@aclualabama.org

OF COUNSEL