IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| PLANNED PARENTHOOD SOUTHEAST, INC. on behalf of its patients, physicians, and staff; et al., | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | CIVIL ACTION NO. 2:13cv405-MHT |
| LUTHER STRANGE, in his official capacity as Attorney General of the State of Alabama, et al., | ) ) ) ) ) | |
| Defendants. | ) | |

ORDER

It is ORDERED that the motion to file under seal (Doc. No. 117) is granted.

DONE, this the 23rd day of December, 2013.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE