IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PLANNED PARENTHOOD SOUTHEAST, INC., et al., | ) ) ) |
| *Plaintiffs,* | ) ) |
| v. | ) ) ) CIVIL ACTION NO. ) 2:13-cv-405-MHT-TFM |
| LUTHER STRANGE, in his official capacity as Attorney General of the State of Alabama; et al., | ) ) ) ) |
| *Defendants.* | ) ) |

## DEFENDANTS' FIRST EVIDENTIARY SUBMISSION IN OPPOSITION TO PLAINTIFFS' SUMMARY JUDGMENT

Defendants Luther Strange, Ellen Brooks, Brandon Falls, Ashley Rich, and Donald Williamson respectfully file this evidentiary submission in opposition to Plaintiffs' motion for summary judgment. The evidentiary exhibits to this document are as follows:

Exhibit 34 - Declaration of Donald E. Williamson, M.D.

Exhibit 35 - Declaration of Walter T. Geary, Jr., M.D.

Exhibit 36 - Declaration P. Brian Hale

Respectfully submitted on this 16th day of January, 2014.

    s/ Andrew L. Brasher
John C. Neiman, Jr.
    *Ala. Solicitor General*

                                      Andrew L. Brasher
                                        *Dep. Ala. Solicitor General*
                                    James W. Davis
                                    William G. Parker, Jr.
                                    Laura E. Howell
                                    Kyle A. Beckman
                                       *Assts. Ala. Attorney General*
                                    ***Counsel for Defendants***
                                   ***Strange, Brooks, Falls, and Rich***

**OFFICE OF THE ALABAMA**
**ATTORNEY GENERAL**
501 Washington Avenue
Montgomery, AL 36130
(334) 242-7300
abrasher@ago.state.al.us

                                      ____s/ Patricia E. Ivie_____

                                    Patricia E. Ivie
                                       *General Counsel*
                                    P. Brian Hale
                                     *Deputy General Counsel*
                                    ***Counsel for Defendant Williamson***

**ALABAMA DEPARTMENT**
  **OF PUBLIC HEALTH**
P.O. Box 30317
Montgomery, AL 36130
(334) 206-5209
pat.ivie@adph.state.al.us
brian.hale@adph.state.al.us

## **CERTIFICATE OF SERVICE**

I hereby certify that I filed the foregoing with the Clerk of the Court and service will be perfected upon the following counsel of record by electronic mail on this day the 16 of January, 2014:

M. Wayne Sabel
Sabel & Sabel, P. C.
mwsabl@mindspring.com

Carrie Y. Flaxman
Roger Kraus Evans
Planned Parenthood Federation of America
carrie.flaxman@ppfa.org
roger.evans@ppfa.org

Dyanne M. Griffith
Lesley R. Fredin
Malgorzata Spangenberg
Emily Lowry Stark
Skye L. Perryman
Wilmer Cutler Pickering Hale & Dorr LLP
Dyanne.Griffith@wilmerhale.com
Lesley.Fredin@wilmerhale.com
Gosia.Spangenberg@wilmerhale.com
Emily.Stark@wilmerhale.com
Skye.perrman@wilmerhale.com

Alexa Kolbi-Malinas
Andrew David Beck
Jennifer Dalven
Renee Paradis
AMERICAN CIVIL LIBERTIES UNION
akolbi-molinas@aclu.org
abeck@aclu.org
jdalven@aclu.org
rparadis@aclu.org

Randall C Marshall
ACLU Foundation of Alabama, Inc.
rmarshall@aclualabama.org

s/ Andrew L. Brasher
OF COUNSEL