IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PLANNED PARENTHOOD SOUTHEAST, INC., et al., )<br>)<br>*Plaintiffs,* )<br>v. )<br>)<br>)<br>LUTHER STRANGE, in his )<br>official capacity as Attorney General of )<br>the State of Alabama; et al., )<br>)<br>*Defendants.* ) | CIVIL ACTION NO.<br>2:13-cv-405-MHT-TFM |

**MOTION FOR LEAVE TO WITHDRAW**

Counsel for Defendants Luther Strange, Ellen Brooks, Brandon Falls, and Ashley Rich, respectfully seeks leave to withdraw from representation of Defendants in this matter. Mr. Neiman is leaving the Attorney General's Office, and the other counsel of record for Defendants will continue to represent Defendants in this matter. Defendants have consented to Mr. Neiman's withdrawal.

Respectfully Submitted,

LUTHER STRANGE
*Alabama Attorney General*

 s/   John C. Neiman, Jr.

John C. Neiman, Jr. ASB-8093-O68N
*Alabama Solicitor General*

Andrew L. Brasher ASB-4325-W73B
*Alabama Deputy Solicitor General*

James W. Davis
William G. Parker, Jr.
 Laura E. Howell
 Kyle A. Beckman
*Assts. Ala. Attorney General*


Office of the Attorney General
501 Washington Avenue
Montgomery, Alabama 36130-0152
Tel:  (334) 353-2187
Fax:  (334) 353-3637
jneiman@ago.state.al.us

## **CERTIFICATE OF SERVICE**

I hereby certify that I filed the foregoing with the Clerk of the Court and service will be perfected upon the following counsel of record by electronic mail on this day the 24th of January, 2014:

| | |
|---|---|
| M. Wayne Sabel<br>Sabel & Sabel, P. C.<br>mwsabl@mindspring.com | Carrie Y. Flaxman<br>Roger Kraus Evans<br>Planned Parenthood Federation of America<br>carrie.flaxman@ppfa.org<br>roger.evans@ppfa.org |
| Dyanne M. Griffith<br>Lesley R. Fredin<br>Malgorzata Spangenberg<br>Emily Lowry Stark<br>Skye L. Perryman<br>Wilmer Cutler Pickering Hale & Dorr LLP<br>Dyanne.Griffith@wilmerhale.com<br>Lesley.Fredin@wilmerhale.com<br>Gosia.Spangenberg@wilmerhale.com<br>Emily.Stark@wilmerhale.com<br>Skye.perrman@wilmerhale.com | Alexa Kolbi-Malinas<br>Andrew David Beck<br>Jennifer Dalven<br>Renee Paradis<br>AMERICAN CIVIL LIBERTIES UNION<br>akolbi-molinas@aclu.org<br>abeck@aclu.org<br>jdalven@aclu.org<br>rparadis@aclu.org |
| | Randall C Marshall<br>ACLU Foundation of Alabama, Inc.<br>rmarshall@aclualabama.org |

 s/    John C. Neiman, Jr.
OF COUNSEL