IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
PLANNED PARENTHOOD          )
SOUTHEAST, INC. on behalf   )
of its patients, physicians,)
and staff; et al.,          )
                            )
    Plaintiffs,             )
                            )    CIVIL ACTION NO.
    v.                      )    2:13cv405-MHT
                            )
LUTHER STRANGE, in his      )
official capacity as        )
Attorney General of the     )
State of Alabama; et al.,   )
                            )
    Defendants.             )
```

ORDER

It is ORDERED that, for the oral argument set for February 7, 2014, at 10:00 a.m. in Courtroom 2FMJ, Frank M. Johnson Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama, the parties should be prepared to discuss how the case will proceed should the court deny summary judgment to both parties on some or all of the relevant issues in the case and whether, among other things, the court should then proceed separately on

the motion for a preliminary injunction (Doc. No. 3), even though it was previously consolidated with the trial on the merits, see Order (Doc. No. 84).

DONE, this the 28th day of January, 2014.

    /s/ Myron H. Thompson
    **UNITED STATES DISTRICT JUDGE**