UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| PLANNED PARENTHOOD SOUTHEAST, INC., on behalf of its patients, physicians, and staff, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>LUTHER STRANGE, in his official capacity as Attorney General of the State of Alabama, *et al.*,<br><br>Defendants. | CIVIL ACTION<br><br>2:13-CV-405-MHT<br><br>**PLAINTIFFS' NOTICE OF FILING OF DOCUMENTS UNDER SEAL** |

Pursuant to the Protective Order entered by this Court (doc. no. 90), Plaintiffs hereby file the following documents under seal.

- Deposition of Dr. A, attached hereto as Exhibit SSS;
- Deposition of Dr. P1, attached hereto as Exhibit UUU;
- Deposition of Gloria Gray, attached hereto as Exhibit XXX;
- Deposition of Kiwana Brooks, attached hereto as Exhibit CCCC.

Dated: January 31, 2014

Respectfully submitted,

/s/ Alexa Kolbi-Molinas

Alexa Kolbi-Molinas*
New York State Bar No. 4477519
Andrew Beck*
New York State Bar No. 4740114
Jennifer Dalven*
New York State Bar No. #2784452
Renée Paradis*
New York State Bar No. #4418612
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
akolbi-molinas@aclu.org
abeck@aclu.org
jdalven@aclu.org
rparadis@aclu.org
(212) 549-2633

1

2

Randall C. Marshall
ASB-3023-A56M
ACLU Foundation of Alabama, Inc.
207 Montgomery Street, Suite 910
Montgomery, AL 36104
rmarshall@aclualabama.org
(334) 265-2754

*Attorneys for Plaintiffs Reproductive Health Services and June Ayers*

Carrie Y. Flaxman*
District of Columbia Bar No. 458681
Planned Parenthood Federation of America
1110 Vermont Avenue, NW, Suite 300
Washington, DC 20005
carrie.flaxman@ppfa.org
(202) 973-4800

Roger Evans*
New York State Bar No. 1797075
Planned Parenthood Federation of America
434 W. 33rd Street
New York, NY 10001
roger.evans@ppfa.org
(212) 541-7800

*Attorneys for Plaintiff Planned Parenthood Southeast, Inc., Kiwana Brooks, and Barbara Buchanan*

M. Wayne Sabel
ASB-4249-L74M
Sabel & Sabel, PC
2800 Zelda Road, Suite 100-5
Montgomery, AL 36106
waynesabel@sabellaw.com
(334) 271-2770

*Attorney for Plaintiffs*

*\* admitted pro hac vice*

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and service will be perfected upon the following counsel of record on this day the 31st of January, 2014:

John C. Neiman
Andrew L. Brasher
William G. Parker
Laura E. Howell
jneiman@ago.state.al.us
Office of the Attorney General
501 Washington Avenue
Montgomery, AL 36130

*Counsel for Defendants Strange, Brooks, Falls and Rich*

Patricia E. Ivie
P Brian Hale
pat.ivie@adph.state.al.us
brian.hale@adph.state.al.us
Alabama Department of Public Health
P.O. Box 303017
Montgomery, AL 36130

*Counsel for Defendants Williamson*

/s/ Alexa Kolbi-Molinas