IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
PLANNED PARENTHOOD            )
SOUTHEAST, INC. on behalf of  )
its patients, physicians,     )
and staff; et al.,            )
                              )
     Plaintiffs,              )
                              )      CIVIL ACTION NO.
     v.                       )        2:13cv405-MHT
                              )
LUTHER STRANGE, in his        )
official capacity as          )
Attorney General of the       )
State of Alabama, et al.,     )
                              )
     Defendants.              )
```

ORDER

It is ORDERED that the motion to file under seal (Doc. No. 136) is granted.

DONE, this the 4th day of February, 2014.

                                  /s/ Myron H. Thompson
                              **UNITED STATES DISTRICT JUDGE**