# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| PLANNED PARENTHOOD SOUTHEAST, INC. on behalf of its Patients, physicians, and staff, *et al.*, | )<br>)<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | )<br>)<br>) |
| LUTHER STRANGE, in his official capacity as Attorney General of the State of Alabama, *et al.*, | )<br>)<br>)<br>) |
| Defendants. | )<br>) |

CIVIL ACTION NO.
2:13-cv-405-MHT-TFM

## PLAINTIFFS' UNOPPOSED MOTION TO DISMISS PARTY

Plaintiffs hereby move the Court to dismiss Barbara Buchanan as a Plaintiff in the above matter and to amend the case caption to conform accordingly. As grounds for this Motion, Plaintiff Planned Parenthood Southeast, Inc. ("PPSE") represents as follows:

1. Until recently, Ms. Buchanan was the administrator of PPSE's Birmingham health center, and therefore subject to prosecution for any violation of Section 4(c) of Alabama House Bill 57 pursuant to Section 10 of that law.

2. Ms. Buchanan has been replaced as administrator of PPSE's Birmingham health center by Ms. Kiwana Brooks, who is already a plaintiff as the administrator of the PPSE health center in Mobile. Therefore, if Section 4(c) of HB 57 were to go into effect, Ms. Buchanan would no longer be subject to its criminal penalties.

3. Plaintiffs therefore submit that it is appropriate and necessary to dismiss Ms. Buchanan as Plaintiff in this matter.

4. Plaintiffs have conferred with counsel for Defendants, who have no objection to the Motion.

For the foregoing reasons, the Motion should be granted.

DATED: February 6, 2014

Respectfully submitted,

/s/ Carrie Y. Flaxman
Carrie Y. Flaxman*
District of Columbia Bar No. 458681
Planned Parenthood Federation of America
1110 Vermont Ave., NW, Suite 300
Washington, DC 20005
Phone: (202) 973-4800
Fax: (202) 296-3480
Email: carrie.flaxman@ppfa.org

Roger Evans*
Planned Parenthood Federation of America
434 W. 33rd Street
New York, NY 10001
Phone: (212) 541-7800
Fax: (212) 247-6811
Email: roger.evans@ppfa.org

*Attorneys for Plaintiffs Planned Parenthood Southeast, Inc., Barbara Buchanan, and Kiwana Brooks*

Alexa Kolbi-Molinas*
New York State Bar No. 4477519
Andrew Beck*
New York State Bar No. 4740114
American Civil Liberties Foundation
125 Broad Street, 18th Floor
New York, NY 10004
akolbi-molinas@aclu.org
abeck@aclu.org

(212) 549-2633

Randall C. Marshall
ASB-3023-A56M
ACLU Foundation of Alabama, Inc.
207 Montgomery Street, Suite 910
Montgomery, AL 36104
rmarshall@aclualabama.org
(334) 265-2754

*Attorneys for Plaintiffs Reproductive Health Services and June Ayers*


M. Wayne Sabel
ASB-4249-L74M
Sabel & Sabel, PC
2800 Zelda Road, Suite 100-5
Montgomery, AL 36106
waynesabel@sabellaw.com
(334) 271-2770

*Attorney for Plaintiffs*


**Admitted Pro Hac Vice*

## CERTIFICATE OF SERVICE

      I hereby certify that service of Plaintiffs' Motion will be perfected upon the following counsel of record via ECF filing on this day of the 6th of February 2014:

Andrew L. Brasher
William G. Parker
Laura E. Howell
jneiman@ago.state.al.us
Office of Attorney General
501 Washington Avenue
Montgomery, AL 36130

*Counsel for Defendants Strange, Brooks, Falls and Rich*

Patricia E. Ivie
P Brian Hale
pat.ivie@adph.state.al.us
brian.hale@adph.state.al.us
Alabama Department of Public Health
P.O. Box 303017
Montgomery, AL 36130

*Counsel for Defendant Williamson*

                                                s/      Carrie Y. Flaxman