IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| PLANNED PARENTHOOD              )<br>SOUTHEAST, INC. on behalf   )<br>of its patients, physicians,)<br>and staff; et al.,           )<br>                              )<br>     Plaintiffs,             )<br>                              )<br>     v.                       )<br>                              )<br>LUTHER STRANGE, in his        )<br>official capacity as          )<br>Attorney General of the       )<br>State of Alabama; et al.,     )<br>                              )<br>     Defendants.              ) | CIVIL ACTION NO.<br>  2:13cv405-MHT<br>      (WO) |

ORDER

Because the court needs additional time to resolve the pending motions for summary judgment, it is ORDERED as follows:

(1) The joint request to extend the temporary restraining order (doc. no. 143) is granted.

(2)  The temporary restraining order (doc. no. 49), enjoining enforcement of § 4(c) of HB 57, shall remain in effect until April 2, 2014, at 5:00 p.m.

DONE, this the 19th day of March, 2014.

                                         /s/ Myron H. Thompson
                                         UNITED STATES DISTRICT JUDGE