IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
PLANNED PARENTHOOD          )
SOUTHEAST, INC., on behalf  )
of its patients,            )
physicians, and staff,      )
et al.,                     )
                            )      CIVIL ACTION NO.
     Plaintiffs,            )        2:13cv405-MHT
                            )            (WO)
     v.                     )
                            )
LUTHER STRANGE, in his      )
official capacity as        )
Attorney General of the     )
State of Alabama, et al.,   )
                            )
     Defendants.            )
```

JUDGMENT

In accordance with the opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The motion for summary judgment (doc. no. 108) filed by plaintiffs Planned Parenthood Southeast, Inc., Reproductive Health Services, June Ayers, RN, and Kiwana Brooks is denied.

(2) The motion for summary judgment (doc. no. 106) filed by defendants Attorney General of Alabama, District Attorneys of Montgomery, Jefferson, and Mobile Counties, and State Health Officer is granted in part and denied in part as follows:

(a) The motion is denied as to claim asserting 'the substantive due process rights of women seeking abortions.' This claim will go to trial.

(b) The motion is granted to this extent: (i) the 'non-delegation' claim is dismissed without prejudice; and (ii) summary judgment is entered in favor of the defendants as to all other claims.

DONE, this the 31st day of March, 2014.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE