IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
PLANNED PARENTHOOD           )
SOUTHEAST, INC., on behalf   )
of its patients,             )
physicians, and staff,       )
et al.,                      )
                             )     CIVIL ACTION NO.
     Plaintiffs,             )      2:13cv405-MHT
                             )           (WO)
     v.                      )
                             )
LUTHER STRANGE, in his       )
official capacity as         )
Attorney General of the      )
State of Alabama, et al.,    )
                             )
     Defendants.             )
```

ORDER

Based on the representations made on the record on April 1, 2014, it is ORDERED that the trial of this case is set for May 19, 2014, at 10:00 a.m., in the Frank M. Johnson Jr. United States Courthouse Complex, Courtroom 2FMJ, One Church Street, Montgomery, Alabama.

DONE, this the 1st day of April, 2014.

                                          /s/ Myron H. Thompson
                                    UNITED STATES DISTRICT JUDGE