IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
PLANNED PARENTHOOD          )
SOUTHEAST, INC. on behalf   )
of its patients, physicians,)
and staff; et al.,          )
                            )
    Plaintiffs,             )
                            )    CIVIL ACTION NO.
    v.                      )      2:13cv405-MHT
                            )          (WO)
LUTHER STRANGE, in his      )
official capacity as        )
Attorney General of the     )
State of Alabama; et al.,   )
                            )
    Defendants.             )
```

ORDER

Based on the representations made on the record on April 1, 2014 and by agreement of the parties, it is ORDERED as follows:

(1) The joint request to extend the temporary restraining order (doc. no. 151) is granted.

(2) The temporary restraining order (doc. no. 49), enjoining enforcement of § 4(c) of HB 57, shall remain in effect through the entry of final judgment in this case.

DONE, this the 2nd day of April, 2014.

                              /s/ Myron H. Thompson
                          UNITED STATES DISTRICT JUDGE