IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| PLANNED PARENTHOOD SOUTHEAST, INC., on behalf of its patients, physicians, and staff, et al., )<br><br>Plaintiffs,<br><br>v.<br><br>LUTHER STRANGE, in his official capacity as Attorney General of the State of Alabama, et al.,<br><br>Defendants. | CIVIL ACTION NO.<br>2:13cv405-MHT<br>(WO) |

ORDER

Based on the representations made on the record on April 1, 2014, it is ORDERED that the plaintiffs are to file their pretrial brief by May 8, 2014; the defendants are to do the same by May 13, 2014; and the plaintiffs may file a reply by May 15, 2014.

DONE, this the 2nd day of April, 2014.

                                      /s/ Myron H. Thompson
                                UNITED STATES DISTRICT JUDGE