IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **PLANNED PARENTHOOD SOUTHEAST, INC.**, on behalf of its patients, physicians, and staff; et al., | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION NO. 2:13cv405-MHT (WO) |
| v. | ) ) | |
| **LUTHER STRANGE**, in his official capacity as Attorney General of the State of Alabama; et al., | ) ) ) ) ) | |
| Defendants. | ) | |

### ORDER

It is ORDERED that the exhibits listed in the joint exhibit list (Doc. No. 177) are admitted.

DONE, this the 13th day of May, 2014.

　　　　　　　　　　　　　　　　 /s/ Myron H. Thompson
　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE