# UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| PLANNED PARENTHOOD SOUTHEAST, INC., et al., )<br>)<br>*Plaintiffs*, )<br>v. )<br>) CIVIL ACTION NO.<br>) 2:13-cv-405-MHT-TFM<br>LUTHER STRANGE, in his )<br>Official capacity as Attorney General of )<br>the State of Alabama, et al., )<br>)<br>*Defendants*. )<br>) | |

## NOTICE REGARDING EXHIBIT

Pursuant to the Court's request following the trial testimony of Dr. Mary Roe, the Defendants submit the attached document, containing a link to Alabama Administrative Code § 420-5-1, and the text of the section itself. This portion of the Alabama Administrative Code has already been admitted into evidence as a portion of Plaintiffs' Exhibit 74.

Respectfully submitted,

Andrew L. Brasher
  *Ala. Solicitor General*
Margaret L. Fleming
James W. Davis
Kyle A. Beckman

1

|  |  |
|---|---|
|  | Laura E. Howell<br>   *Asst. Ala. Attorneys General*<br>**Counsel for Defendants**<br>***Strange, Bailey, Falls, and Rich*** |
| **OFFICE OF THE ALABAMA**<br>  **ATTORNEY GENERAL**<br>501 Washington Avenue<br>Montgomery, AL 36130<br>(334) 242-7300<br>abrasher@ago.state.al.us<br>mfleming@ago.state.al.us<br>jimdavis@ago.state.al.us<br>kbeckman@ago.state.al.us<br>lhowell@ago.state.al.us |  |
|  | Patricia E. Ivie<br>   *General Counsel*<br>P. Brian Hale<br>   *Deputy General Counsel*<br>**Counsel for Defendant Williamson** |
| **ALABAMA DEPARTMENT**<br>  **OF PUBLIC HEALTH**<br>P.O. Box 30317<br>Montgomery, AL 36130<br>(334) 206-5209<br>pat.ivie@adph.state.al.us<br>brian.hale@adph.state.al.us |  |

## CERTIFICATE OF SERVICE

     I certify that on May 23, 2014, I presented a true and correct copy of the foregoing to the clerk of the court, who will formally file the document in the CM/ECF system. At that time, the CM/ECF system will send notice to the following:

| | |
|---|---|
| Jennifer R. Sandman<br>PLANNED PARENTHOOD FEDERATION OF<br>AMERICA | Randall C. Marshall<br>ACLU FOUNDATION OF ALABAMA,<br>INC. |

2

| | |
|---|---|
| 1100 Vermont Ave., NW, Suite 300<br>Washington, D.C. 20005<br>jennifer.sandman@ppfa.org<br>julia.kaye@ppfa.org | 207 Montgomery Street, Suite 910<br>Montgomery, AL 36104<br>rmarshall@aclualabama.org |
| Alexa Kolbi-Molinas<br>Andrew David Beck<br>Jennifer Dalven<br>Renee Paradis<br>Susan Talcott Camp<br>Julia Kaye<br>AMERICAN CIVIL LIBERTIES UNION<br>125 Board Street, 18th Floor<br>New York, NY 10004<br>akolbi-molinas@aclu.org<br>abeck@aclu.org<br>jdalven@aclu.org<br>rparadis@aclu.org<br>tcamp@aclu.org<br>jkaye@aclu.org | Dyanne M. Griffith<br>Lesley R. Fredin<br>Malgorzata Spangenberg<br>Emily Lowry Stark<br>Skye L. Perryman<br>WILMER CUTLER PICKERING HALE &<br>DORR LLP<br>1875 Pennsylvania Avenue NW<br>Washington, DC 20006<br>dyanne.griffith@wilmerhale.com<br>lesley.fredin@wilmerhale.com<br>gosia.spangenberg@wilmerhale.com<br>emily.stark@wilmerhale.com<br>skye.perryman@wilmerhale.com |
| Roger Kraus Evans<br>PLANNED PARENTHOOD FEDERATION OF<br>AMERICA<br>434 W. 33rd Street<br>New York, NY 10001<br>roger.evans@ppfa.org | M. Wayne Sabel<br>SABEL & SABEL, P. C.
2800 Zelda Road, Suite 100-5<br>Montgomery, AL 36106<br>mwsabl@mindspring.com |

OF COUNSEL