UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| PLANNED PARENTHOOD SOUTHEAST, INC., on behalf of its patients, physicians, and staff, *et al.*,<br><br>            Plaintiffs,<br><br>v.<br><br>LUTHER STRANGE, in his official capacity as Attorney General of the State of Alabama, *et al.*,<br><br>            Defendants. | CIVIL ACTION<br><br>Case No. 2:13-CV-405-MHT |

# PARTIES' SUPPLEMENTAL JOINT TRIAL WITNESS LIST

The parties respectfully update their expected witness examination schedule for the remainder of the trial in this action:

\* *Testifying by video link*

## May 27, 2014

- James Anderson, M.D.\* (Defendants' expert witness), Clinical Professor, Department of Family Medicine & Population Health, Virginia Commonwealth University School of Medicine (*9:00 a.m. central time*)

- Peter R. Uhlenberg, Ph.D.\* (Defendants' expert witness), Department of Sociology, University of North Carolina (Chapel Hill) (*1:00 p.m. central time*)

## May 28, 2014

- Margaret M. Moore (Plaintiffs' witness), Former Director of Law Enforcement Operations, Feminist Majority Foundation National Clinic Access Project, Wilmington, De. \*

- Carter Sims (Defendants' witness), Alabama Department of Public Health (*Mr. Sims may be called on Tuesday the 27th if the examinations of other witnesses finish early*).

- Donald Williamson, M.D. (Defendants' witness), Alabama Department of Public Health

**June 5, 2014**

- Geoffrey Keyes, M.D., F.A.C.S.\* (Defendants' expert witness), Clinical Associate Professor, Keck School of Medicine, University of Southern California. *Defendants expect to call Mr. Keyes at 10:00 a.m. central time. He will testify from a federal courthouse in Las Angeles, California. Courthouse staff from Montgomery will be communicating with California personnel about the time, and Defendants will inform the court as soon as possible.*

- Dr. John Thorp\* (Defendants' expert witness), Hugh McAllister Distinguished Professor of Obstetrics and Gynecology, University of North Carolina (Chapel Hill) School of Medicine. (*1:00 p.m. central time*).

**June 6, 2014**

- Possible rebuttal witness called by the Plaintiffs

(Closing Arguments)

\* \* \*

Respectfully submitted on this 12th day of May, 2014.

/s James W. Davis
Andrew L. Brasher
James W. Davis
William G. Parker
Laura E. Howell
Kyle A. Beckman
abrasher@ago.state.al.us
Office of the Attorney General
501 Washington Avenue
Montgomery, AL 36130

*Counsel for Defendants Strange, Brooks, Falls and Rich*

Patricia E. Ivie
P Brian Hale
pat.ivie@adph.state.al.us
brian.hale@adph.state.al.us
Alabama Department of Public Health
P.O. Box 303017
Montgomery, AL 36130

*Counsel for Defendants Williamson*

2

Alexa Kolbi-Molinas*
New York State Bar No. 4477519
Andrew Beck*
New York State Bar No. 4740114
Susan Talcott Camp*
New York State Bar No. 2688703
Julia Kaye*
New York State Bar No. 5189733
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
akolbi-molinas@aclu.org
abeck@aclu.org
tcamp@aclu.org
jkaye@aclu.org
(212) 549-2633

Randall C. Marshall
ASB-3023-A56M
ACLU Foundation of Alabama, Inc.
900 S Perry St., Suite B
Montgomery, AL 36104
rmarshall@aclualabama.org
(334) 265-2754

Dyanne M. Griffith*
District of Columbia Bar No. 100918
Wilmer Cutler Pickering Hale & Dorr LLP
1875 Pennsylvania Avenue NW
Washington, DC 20006
Dyanne.Giffith@wilmerhale.com
(202) 663-6411

*Attorneys for Plaintiffs Reproductive Health Services and June Ayers*

Jennifer Sandman*
New York State Bar No. 458681
Planned Parenthood Federation of America
New York, NY 10001
jennifer.sandman@ppfa.org
(212) 541-7800

Roger Evans*
New York State Bar No. 1797075
Planned Parenthood Federation of America
434 W. 33rd Street
New York, NY 10001
roger.evans@ppfa.org
(212) 541-7800

*Attorneys for Plaintiff Planned Parenthood Southeast, Inc., Kiwana Brooks, and Barbara Buchanan*

M. Wayne Sabel
ASB-4249-L74M
Sabel & Sabel, PC
2800 Zelda Road, Suite 100-5
Montgomery, AL 36106
waynesabel@sabellaw.com
(334) 271-2770

*Attorney for Plaintiffs*

* admitted pro hac vice