# Exhibit E

6/1/2014 2:58:19 PM        **State of Alabama**        Page 1 of 1

**Comptroller Open.Alabama Website**

**Payments by Payee for Agency, Category and Sub-Category**

**Payment Fiscal Year (Oct. - Sept.):**  2013

**Agency:**  ATTORNEY GENERAL

**Category:**  SERVICES

**Sub-Category:**  LEGAL- PROFESSIONAL

**Payee:**  DR VINCENT M RUE

| Date Paid | Amount Paid |
|---|---|
| 08/08/2013 | $14,467.50 |
| 09/05/2013 | $15,120.00 |
| Total: | $29,587.50 |