# Exhibit F

6/1/2014 2:57:02 PM                    State of Alabama                    Page 1 of 1

Comptroller Open.Alabama Website

Payments by Payee for Agency, Category and Sub-Category

**Payment Fiscal Year (Oct. - Sept.):**   2014

**Agency:**   ATTORNEY GENERAL

**Category:**   SERVICES

**Sub-Category:**   LEGAL- PROFESSIONAL

**Payee:**   RUE & STANFORD-RUE, P A

| Date Paid | Amount Paid |
|---|---|
| 10/22/2013 | $32,175.00 |
| 12/27/2013 | $13,500.00 |
| 03/07/2014 | $3,825.00 |
| Total: | $49,500.00 |