IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
PLANNED PARENTHOOD            )
SOUTHEAST, INC. on behalf     )
of its patients, physicians,  )
and staff; et al.,            )
                              )
    Plaintiffs,               )
                              )    CIVIL ACTION NO.
    v.                        )      2:13cv405-MHT
                              )          (WO)
LUTHER STRANGE, in his        )
official capacity as          )
Attorney General of the       )
State of Alabama; et al.,     )
                              )
    Defendants.               )
```

ORDER

Based on representations made to the court on June 5, 2014, as well as the parties' filings, it is ORDERED that the objections as to the following exhibits are overruled and that these exhibits are admitted:

(1) Plaintiffs' Exhibits 29, 33, and 34.

(2) Defendants' Exhibits 49, 60, 61, 73, 82, 83, and 84.

The court will give these documents the appropriate weight as to relevance.

DONE, this the 6th day of June, 2014.

                                /s/ Myron H. Thompson
                              **UNITED STATES DISTRICT JUDGE**