IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| PLANNED PARENTHOOD       )<br>SOUTHEAST, INC., on behalf )<br>of its patients,         )<br>physicians, and staff,    )<br>et al.,                   )<br>                          )<br>     Plaintiffs,         )<br>                          )<br>     v.                   )<br>                          )<br>LUTHER STRANGE, in his    )<br>official capacity as      )<br>Attorney General of the   )<br>State of Alabama, et al., )<br>                          )<br>     Defendants.          ) | CIVIL ACTION NO.<br>  2:13cv405-MHT<br>       (WO) |

NOTICE TO COUNSEL

At the end of the trial in June 2014, the court stated that it hoped to have a final opinion entered by the end of July 2014. However, because the court needs a few additional days and, in particular, because it needs additional time to digest and address the just-issued opinions (majority and dissent) of the Fifth Circuit Court of Appeals in Jackson Women's Health Organization v. Currier, ____ F.3d. ___, No. 13-60599, 2014 WL 3730467

(5th Cir. July 29, 2014), this court **NOTIFIES** counsel that the opinion will be entered by next Monday, August 4, 2014.

**DONE**, this the 31st day of July, 2014.

                                **/s/ Myron H. Thompson**
                                **UNITED STATES DISTRICT JUDGE**