IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

PLANNED PARENTHOOD         )
SOUTHEAST, INC., on behalf )
of its patients,           )
physicians, and staff,     )
et al.,                    )
                           )     CIVIL ACTION NO.
    Plaintiffs,            )      2:13cv405-MHT
                           )           (WO)
    v.                     )
                           )
LUTHER STRANGE, in his     )
official capacity as       )
Attorney General of the    )
State of Alabama, et al.,  )
                           )
    Defendants.            )

## JUDGMENT

In accordance with the opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Judgment is entered in favor of plaintiffs Planned Parenthood Southeast, Inc., Reproductive Health Services, June Ayers, RN, and Kiwana Brooks, and against defendants Attorney General of Alabama, District

Attorneys of Montgomery, Jefferson, and Mobile Counties, and State Health Officer.

(2) It is DECLARED that the staff-privileges requirement of Alabama's Women's Health and Safety Act, codified at 1975 Ala. Code § 26-23E-4(c), violates the substantive due process rights of the women seeking abortion, as applied to plaintiffs Planned Parenthood Southeast, Inc., Reproductive Health Services, June Ayers, RN, and Kiwana Brooks.

It is further ORDERED that, because this judgment does not resolve all Issues in this litigation (in particular, those identified at the end of the accompanying opinion), the temporary restraining order remains in effect until the resolution of those issues. Within the next few days, the court will hold an on-the-record status conference to discuss the resolution of all then-unresolved issues as soon as possible.

It is further ORDERED that the court reserves the taxation of costs and the imposition of attorney's fees

until after the resolution of the remaining, unresolved issues.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is not closed.

DONE, this the 4th day of August, 2014.

                              /s/ Myron H. Thompson
                          **UNITED STATES DISTRICT JUDGE**