IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
PLANNED PARENTHOOD              )
SOUTHEAST, INC., on behalf      )
of its patients,                )
physicians, and staff,          )
et al.,                         )
                                )       CIVIL ACTION NO.
     Plaintiffs,                )         2:13cv405-MHT
                                )             (WO)
     v.                         )
                                )
LUTHER STRANGE, in his          )
official capacity as            )
Attorney General of the         )
State of Alabama, et al.,       )
                                )
     Defendants.                )
```

ORDER

Based on the representations made on the record on August 18, 2014, it is ORDERED as follows:

(1) The plaintiffs are to file a supplemental brief by September 2, 2014.

(2) The defendants are to do the same by September 16, 2014.

(3) The plaintiffs may file a reply by September 23, 2014.

DONE, this the 18th day of August, 2014.

                                    /s/ Myron H. Thompson
                                    **UNITED STATES DISTRICT JUDGE**