```
IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

    MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


PLANNED PARENTHOOD           )
SOUTHEAST, INC., on behalf   )
of its patients,             )
physicians, and staff,       )
et al.,                      )
                             )
     Plaintiffs,             )
                             )    CIVIL ACTION NO.
     v.                      )      2:13cv405-MHT
                             )          (WO)
LUTHER STRANGE, in his       )
official capacity as         )
Attorney General of the      )
State of Alabama, et al.,    )
                             )
     Defendants.             )
```

### JUDGMENT

In accordance with the opinions and orders entered in this case, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) It is DECLARED that subsection 4(c) of the Women's Health and Safety Act, 2013 Ala. Acts 79 § 4(c), codified at 1975 Ala. Code § 26-23E-4(c), is unconstitutional.

(2) Judgment is entered in favor of the plaintiffs and against the defendants.

(3) The temporary restraining order (doc. nos. 152 & 239) is vacated as moot.

(4) The motion for preliminary injunction (doc. no. 3) is denied as moot.

It is further ORDERED that costs are taxed against the defendants, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 25th day of March, 2016.

                    /s/ Myron H. Thompson
                    UNITED STATES DISTRICT JUDGE