IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
PLANNED PARENTHOOD           )
SOUTHEAST, INC., on behalf   )
of its patients,             )
physicians, and staff,       )
et al.,                      )
                             )
    Plaintiffs,              )
                             )    CIVIL ACTION NO.
    v.                       )      2:13cv405-MHT
                             )         (WO)
LUTHER STRANGE, in his       )
official capacity as         )
Attorney General of the      )
State of Alabama, et al.,    )
                             )
    Defendants.              )
```

ORDER

Upon consideration of the parties' joint motion for an order concerning attorneys' fees and costs (doc. no. 294), it is ORDERED that the motion is GRANTED as follows:

(1) The court finds that plaintiffs are "prevailing parties" under 42 U.S.C. § 1988.

(2) Plaintiffs, defendants, and their counsel represent that the parties have negotiated a

resolution for all claims for costs and attorneys' fees.

(3) In accordance with the parties' negotiated resolution, plaintiffs' motion for attorneys' fees and non-taxable expenses (doc. no. 277) is GRANTED as follows: Defendants are to pay $ 1,700,000 (one million seven hundred thousand and 00/100 dollars) to plaintiffs' counsel, and such payment will satisfy all claims made by plaintiffs for attorneys' fees and costs, taxable and non-taxable, in this matter. Payment shall be made within sixty (60) days of this order.

DONE, this the 5th day of August, 2016.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE