## UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

August 04, 2016

Debra P. Hackett
U.S. District Court
PO BOX 711
MONTGOMERY, AL 36101-0711

Appeal Number: 16-11867-FF
Case Style: Planned Parenthood Southeast,, et al v. Attorney General State of Ala, et al
District Court Docket No: 2:13-cv-00405-MHT-TFM

The enclosed copy of this Court's Order of Dismissal is issued as the mandate of this court. See 11th Cir. R. 41-4. Counsel and pro se parties are advised that pursuant to 11th Cir. R. 27-2, "a motion to reconsider, vacate, or modify an order must be filed within 21 days of the entry of such order. No additional time shall be allowed for mailing."

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Janet K. Mohler, FF/lt
Phone #: (404) 335-6178

Enclosure(s)

DIS-4 Multi-purpose dismissal letter

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

No. 16-11867-FF

PLANNED PARENTHOOD SOUTHEAST, INC., et al.,

Plaintiffs - Appellees,

versus

ATTORNEY GENERAL STATE OF ALABAMA, et al.,

Defendants - Appellants.

Appeal from the United States District Court
for the Middle District of Alabama

Before: TJOFLAT and WILSON, Circuit Judges.

BY THE COURT:

Appellants' motion to dismiss this appeal with prejudice, with costs taxed as paid, is GRANTED.